## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert A. LaRosa  <br>                        Debtor  <br><br>Bayview Loan Servicing, LLC  <br>                        Movant  <br>            vs.  <br>Robert A. LaRosa  <br>                        Debtor | CHAPTER 13  <br><br>NO. 16-17869 ELF  <br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of Bayview Loan Servicing, LLC, which was filed with the Court on or about April 24, 2017 (Doc. No. 27).

                                                                Respectfully submitted,

May 10, 2017                                    **/s/ Matteo S. Weiner, Esquire**
                                                                Matteo S. Weiner, Esquire
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA  19106
                                                                215-627-1322
                                                                Attorney for Movant