# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-17869-ELF

ROBERT A. LAROSA

8 E. PATRICIA ROAD

SOUTHAMPTON, PA 18966

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT A. LAROSA

    8 E. PATRICIA ROAD

    SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

    JEFFREY C MCCULLOUGH
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901

    /S/ William C. Miller

Date: 6/8/2017    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee