IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT A. LaROSA | : | |
| Debtor | : | BANKRUPTCY NO. 16-17869 elf |

## **CERTIFICATION OF NO OBJECTION**

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of July 30, 2017, regarding the Application for Compensation of Debtor's Counsel.


   07-31-17                                        /s/Jeffrey C. McCullough
Date                                              Jeffrey C. McCullough, Esquire
                                                  Attorney for Debtor
                                                  16 N. Franklin St., Suite 300
                                                  Doylestown, PA  18901
                                                  215-348-8133
                                                  215-348-0428 - Fax