IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
    ROBERT A. LaROSA         :
               Debtor   : BANKRUPTCY NO. 16-17869 elf

## ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this 2nd day of August, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is approved, and it is

FURTHER **ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of **$4050.00** as compensation for professional services rendered as counsel to debtor in connection with performance of his representation of which **$2400.00** has already been paid. The balance of the fee of **$1650.00** will be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**