United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert A. LaRosa  
      Debtor

Case No. 16-17869-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Stacey　　　Page 1 of 1　　　Date Rcvd: Aug 03, 2017  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
db            +Robert A. LaRosa,    8 E. Patricia Road,    Southampton, PA 18966-2119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-H ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               SUCCESSOR ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-H ecfmail@mwc-law.com
              JEFFREY C. MCCULLOUGH     on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
    ROBERT A. LaROSA              :
        Debtor              :        BANKRUPTCY NO. 16-17869 elf

### ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this 2nd day of August, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is approved, and it is

FURTHER **ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of **$4050.00** as compensation for professional services rendered as counsel to debtor in connection with performance of his representation of which **$2400.00** has already been paid. The balance of the fee of **$1650.00** will be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**