# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17869-ELF

ROBERT A. LAROSA

8 E. PATRICIA ROAD

SOUTHAMPTON, PA 18966

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT A. LAROSA

  8 E. PATRICIA ROAD

  SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

  JEFFREY C MCCULLOUGH
  16 N FRANKLIN ST
  SUITE 300
  DOYLESTOWN, PA 18901

Date: 4/9/2018

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee