**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT A. LAROSA                    Chapter 13

                Debtor              Bankruptcy No. 16-17869-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __6th_____ day of ____June_____, 2018_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFREY C MCCULLOUGH
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901


Debtor:
ROBERT A. LAROSA

8 E. PATRICIA ROAD

SOUTHAMPTON, PA 18966