United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17869-elf
Robert A. LaRosa                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jun 07, 2018
                              Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db          +Robert A. LaRosa,    8 E. Patricia Road,    Southampton, PA 18966-2119
cr          +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr           Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 31785,
              TAMPA, FL  33631-3785
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 31785,    TAMPA, FL  33631-3785
13821195     Bank of America Home Loans,    P.O.Box 31785,    Tampa, FL 33631-3785
13875594     Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13821196    +JP Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
13949332    +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
              Doylestown, PA 18901-3556
13851251     The Bank of New York Mellon,    P.O. Box 31785,    Tampa, FL 33631-3785
13867579     ZELKOVA ACQUISITION LLC,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 08 2018 01:40:28     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2018 01:40:12
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 08 2018 01:40:24     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 01:46:08     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13900092    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 08 2018 01:40:24
              Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
              Coral Gables, FL 33146-1837
13828774     E-mail/Text: mrdiscen@discover.com Jun 08 2018 01:40:04     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13881032     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2018 01:45:31
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13872955    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2018 01:45:48
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*          Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO Box 31785,
              TAMPA, FL  33631-3785
cr*          ZELKOVA ACQUISITION LLC,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
           CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-H ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           SUCCESSOR ecfmail@mwc-law.com, ecfmail@mwc-law.com

```
District/off: 0313-2           User: Stacey              Page 2 of 2                   Date Rcvd: Jun 07, 2018
                               Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-H ecfmail@mwc-law.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT A. LAROSA           Chapter 13

Debtor           Bankruptcy No. 16-17869-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this __6th__ day of ____June____, 2018_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFREY C MCCULLOUGH
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901


Debtor:
ROBERT A. LAROSA

8 E. PATRICIA ROAD

SOUTHAMPTON, PA 18966